UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLAS R. DRUCKENMILLER,

    Plaintiff,

v.                          Case No: 2:20-cv-116-FtM-29MRM

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

### ORDER

This matter comes before the Court on plaintiff's Notice of Settlement (Doc. #11), filed on April 7, 2020. Plaintiff indicates that the parties have reached a settlement in the case, and anticipate filing a stipulation for dismissal upon finalization.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **FORTY-FIVE (45) DAYS** of the date hereof, to submit a stipulated form of final order or judgment, **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **FORTY-FIVE (45) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously

scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this __7th__ day of April, 2020.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record